NUMBER 13-00-483-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


CLIFFORD ATKINSON III
, Appellant,


v.



FRANK DAVID REUTTER AND WIFE, 

JANE MARIE WEIGMAN REUTTER
, Appellees.

____________________________________________________________________


On appeal from the 267th District Court


of Goliad County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam


 Appellant, CLIFFORD ATKINSON III, perfected an appeal from a
judgment entered by the 267th District Court of Goliad County, Texas,
in cause number 99-3-7872-CV. After the record was filed, the parties
filed an agreed motion to dismiss the appeal. In the motion, the parties
state that this case has been resolved and appellant no longer wishes
to prosecute this appeal. The parties request that this Court dismiss the
appeal.

 The Court, having considered the documents on file and the
agreed motion to dismiss the appeal, is of the opinion that the motion
should be granted. The agreed motion to dismiss is granted, and the
appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 16th day of November, 2000.